# 890        CASES REPORTED WITH BRIEF SYLLABI.

Benjamin Passel, an Infant, etc., Respondent, v. Borden's Condensed Milk Company, Appellant.— Judgment 'and order affirmed, with costs. No opinion.    Present— Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Hirsch & Schofield, Inc., Respondent, v. Aage Gusmer, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Albert B. Gross and Others v. Arthur Mendel and Another.— Motion denied, with ten dollars costs.    Present— Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Jack T. Harris and Another v. Gustavus L. Lawrence.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Cecil Aubrey Coghlan, Respondent, v. Corn Exchange Bank, Impleaded with Maude Estelle Beach and Another, Appellants.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

J. P. Duffy Company, Respondent, v. Stapleton National Bank, Appellant, Impleaded with Others.— Judgment modified by striking out extra allowance, and as modified affirmed, with one bill of costs to respondents.    No opinion.    Order to be settled on notice.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

John A. Kingsbury, Commissioner, etc., Respondent, v. Julian Blum, Appellant.— Judgment affirmed.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

Joseph I. Moore, Jr., Respondent, v. The City of New York, Appellant. — Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

Millinery Outlet Company, Inc., Appellant, v. Wise & Company, Outfitters, Inc., Respondent.— Judgment affirmed, with costs.    No opinion. Present — Clarke,. P. J., Laughlin, Scott, Page and Davis, JJ.

Emil B. Abbott, Respondent, v. S. T. W. Sanford & Sons, a Corporation, Appellant, and Others.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

John Gledhill, on Behalf of Himself, etc., Appellant, v. Jacob H. Schiff and Others, Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Page and Davis, JJ.

Charles Schnabel, Respondent, v. Interborough Rapid Transit Company and Manhattan Railway Company, Appellants.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Laughlin, Scott and Page, JJ.

In the Matter of the Application of Robert S. Chapin, Appellant, for the Issuance of a Peremptory Writ of Mandamus against Marcus M. Marks, as President of the Borough of Manhattan, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.